# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA (San Diego)

| | |
|---|---|
| MICHAEL J. ODOM,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>BILL KOLENDER, San Diego Sheriff,<br><br>      Defendant - Appellee. | No.  06-56180<br>D.C. No.  CV-04-01227-LAB<br><br>**ORDER** |

FILED

OCT 1 6 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

This appeal has been taken in good faith   [ ✓ ]

This appeal is not taken in good faith      [  ]

Explanation: _APPEAL IS NOT FRIVOLOUS._

_____

_____

_____

_____
Judge
United States District Court

Date: _10-12-06_